UNITED STATES of America,
Plaintiff–Appellee,

v.

Marcos Tulio MADRID, Defendant–
Appellant.

No. 03–40620.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M.
GARZA, and PRADO, Circuit Judges.

PER CURIAM.[*]

Marcos Tulio Madrid appeals his convic-
tion and sentence for illegal reentry. He
argues that the district court plainly erred
by characterizing his state felony convic-
tion for simple possession of crack as an
"aggravated felony" for purposes of
U.S.S.G. § 2L1.2(b)(1)(C) and 8 U.S.C.
§ 1101(a)(43)(B), when that same offense
was punishable only as a misdemeanor un-
der federal law. This issue, however, is
foreclosed by *United States v. Hinojosa–
Lopez*, 130 F.3d 691 (5th Cir.1997), and,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

[*] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

therefore, Madrid has not demonstrated plain error.

Madrid concedes that the issue whether the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) & (2) are unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and he raises it solely to preserve its further review by the Supreme Court. *Apprendi* did not overrule *Almendarez–Torres. See Apprendi*, 530 U.S. at 489–90, 120 S.Ct. 2348. This court must therefore follow the precedent set in *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *See United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000) (internal quotation and citation omitted).

AFFIRMED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.